UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

BENJI D. REED,

                Plaintiff,

    -against-                                    9:10-cv-1449 (LEK/RFT)

G. TERBUSH, *et al.*,

                Defendants.

## ORDER

This matter comes before the Court following a Report-Recommendation filed on April 8, 2015, by the Honorable Randolph F. Treece, U.S. Magistrate Judge, pursuant to 28 U.S.C. § 636(b) and Local Rule 72.3. Dkt. No. 125 ("Report-Recommendation"). *Pro se* Plaintiff Benji Reed ("Plaintiff") timely filed Objections.[1] Dkt. No. 126 ("Objections").

Within fourteen days after a party has been served with a copy of a magistrate judge's report-recommendation, the party "may serve and file specific, written objections to the proposed findings and recommendations." FED. R. CIV. P. 72(b); L.R. 72.1(c). If no objections are made, or if an objection is general, conclusory, perfunctory, or a mere reiteration of an argument made to the magistrate judge, a district court need review that aspect of a report-recommendation only for clear error. Barnes v. Prack, No. 11-CV-0857, 2013 WL 1121353, at *1 (N.D.N.Y. Mar. 18, 2013); Farid v. Bouey, 554 F. Supp. 2d 301, 306-07 & n.2 (N.D.N.Y. 2008); see also Machicote v. Ercole, No. 06 Civ. 13320, 2011 WL 3809920, at *2 (S.D.N.Y. Aug. 25, 2011) ("[E]ven a *pro se* party's

---

[1] Although Plaintiff's Objections were not received until April 27, 2015, they are dated April 22, 2015. See Objs. Under the prison mailbox rule, the Court considers Plaintiff's Objections timely filed. See Tracy v. Freshwater, No. 01-CV-0500, 2008 WL 850594, at *1 (N.D.N.Y. Mar. 28, 2008).

objections to a Report and Recommendation must be specific and clearly aimed at particular findings in the magistrate's proposal, such that no party be allowed a second bite at the apple by simply relitigating a prior argument."). "A [district] judge . . . may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b).

In his Objections, Plaintiff asserts in a conclusory fashion that certain material facts are in dispute and therefore preclude summary judgment. See Objs. at 2-3.[2] The facts Plaintiff recites, however, merely reiterate issues addressed in the Report-Recommendation. See id. Plaintiff also states in a wholly conclusory fashion that the Magistrate Judge "overlooked" facts. Id. at 3. Accordingly, the Court reviews the Report-Recommendation for clear error and finds none.

Accordingly, it is hereby:

**ORDERED**, that Report-Recommendation (Dkt. No. 125) is **APPROVED and ADOPTED in its entirety**; and it is further

**ORDERED**, that Defendants' Motion (Dkt. No. 98) for summary judgment is **GRANTED** and the case is **DISMISSED**; and it is further

**ORDERED**, that the Clerk of the Court serve a copy of this Order on the parties in accordance with the Local Rules.

---

[2] The pagination corresponds to the page numbers assigned by ECF.

**IT IS SO ORDERED.**

DATED: May 28, 2015
Albany, NY

_____
Lawrence E. Kahn
U.S. District Judge